Pierre L. Pierce, Respondent.—Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by Dykman, J.

Frederick C. Schmitthenner, Appellant, v. Gustav Dolf, Respondent, Impleaded, etc.— Order vacating sale and judgment in foreclosure affirmed, without costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Frank E. Kirby, Respondent, v. Henry Clews and another, Appellants.—Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Hiram E. Wanamaker, Respondent, v. Frank Rhoner, Appellant.—Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by Dykman, J.; Pratt, J., dissenting.

William D. Lindsay, Respondent, v. The Brooklyn City and Newtown Railroad Company, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Alexander M. White and others, Respondents, v. James E. Dutcher, as Sheriff, etc., Appellant. — Order granting new trial affirmed, with costs. Opinion by Pratt, J.

Frederick Achenbach, Appellant, v. The Order of Germania, Respondent. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Matter of Application of E. M. Boynton Saw and File Company. — Order confirming report affirmed, with costs. Opinion by Dykman, J.

Huldah Organ and another, Appellants, v. Coleman Robinson, as Executor, etc., Respondent. — Decree of surrogate affirmed, with costs. Opinion by Dykman, J.

John W. Harper, Appellant, v. William H. Williams and others, Respondents. — Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard. P. J., dissenting.

Matter of Will of Stephen F. Beekman. — Decree admitting will to probate affirmed, with costs, against appellant personally. Opinion by Barnard, P. J.

Julia Turner, Respondent, v. The City of Newburgh, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Justice Pratt.

George D. Turner, Respondent, v. The City of Newburgh, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Matter of Probate of Will of John Wilson. — Decree admitting will to probate affirmed, with costs to all parties out of the estate. Opinion by Barnard, P. J.

William Armour, Respondent, v. The Brooklyn City Railroad Company, Appellant. —Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Patrick Ryan, Respondent, v. The Ninth Avenue Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Matter of Application of Staten Island Railroad Company to Acquire Land of Starin and others. — Order confirming report affirmed, with costs and disbursements. Opinion by Dykman, J.

Alexander McKeown, Respondent, v. The Brooklyn City Railroad Company, Appellant. — Order granting new trial affirmed, with costs. Opinion by Pratt, J.

Michael McNally, Respondent, v. The Brooklyn City Railroad Company, Appellant. — Order granting new trial affirmed, with costs. Opinion by Barnard, P. J.

Alice A. Brennan and others, Appellants, v. Mary A. Brennan and others, Respondents. — Judgment affirmed, with costs. Opinion by Dykman, J. ; Barnard, P. J., not sitting.

Matter of Hathorn Avenue, Yonkers. — Order affirmed, with costs and disbursements. Opinion by Pratt, J. ; Barnard, P. J., not sitting.

Whitson Oakley, Appellant, v. James H. Tuthill and others, Respondents. — Order affirmed, with costs and disbursements. Opinion by Dykman, J. ; Barnard, P. J., not sitting.

William F. Prendergast, Appellant, v. The Syracuse Railroad Company, Respondent. — Judgment affirmed, with costs. Opinion by Pratt, J.

Charles H. Goodsel, Appellant, v. William D. Frear and another, Respondents. —Order resettling case affirmed, with costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Charles H. Goodsel, Appellant, v. William D. Frear and another, Respondents. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

William H. Maxwell, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Order reversed, with costs. Opinion by Barnard, P. J. ; Dykman, J., not sitting.

Evelina Banker, Plaintiff, v. George A. Fisher, Defendant. — Motion denied, without costs. Opinion by Barnard, P. J.

Eliza W. Parkhurst, Respondent, v. Robert H. Berdell, Appellant. —Judgment affirmed, with costs. Opinion by Dykman, J.

Karl Krampp, Appellant, v. Frederick C. Havemeyer and others, Respondents. — Exceptions overruled, and judgment for defendant on verdict. Opinion by Dykman, J.; Pratt, J., not sitting.

Edwin N. Waltermire, Respondent, v. Maria Waltermire, Appellant. —Judgment reversed and new trial granted, with disbursements of appeal. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Stephen W. Monk, Appellant, v. The Town of New Utrecht, Respondent. — Order granting new trial reversed, and judgment given for plaintiff upon verdict, with costs. Opinion by Barnard, P. J.

The People of the State of New York, Respondent, v. John Farrell, Appellant. — Order dismissing writ of habeas corpus affirmed, with costs and disbursements. Opinion by Dykman, J.

Ann E. Montfort, Administratrix, Respondent, v. The Long Island Railroad Company, Appellant. —Judgment and order denying nonsuit and new trial affirmed, with costs. Opinion by Dykman, J.

William Tunbridge, Respondent, v. Cassius H. Read and Edward S. Stokes, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Charles E. Skinner v. Alexander Smith & Sons.— Motion denied.

Sarah E. Ferris v. Benjamin G. Disbrow, Executor, etc. — Motion denied, with ten dollars costs.

United States Trust Company v. The New York, West Shore and Buffalo Railroad Company. — Order affirmed, with costs.

James S. Blydenburgh and another v. Munson S. Frost and others. —Judgment modified; order to be settled by Justice Cullen. Opinion by Cullen, J.